1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| IRMA SANTANA and RAFAEL SANTANA,<br><br>                                    Plaintiffs,<br><br>v.<br><br>BSI FINANCIAL SERVICES, INC.; U.S. BANK TRUST N.A. AS TRUSTEE OF THE SCIG SERIES III TRUST; AND, DOES 1 THROUGH 10 INCLUSIVE,,<br><br>                                    Defendants. | Case No.:  20cv1577-GPC(WVG)<br><br>**ORDER GRANTING PLAINTIFF RAFAEL SANTANA'S REQUEST FOR PERMISSION TO USE CM/ECF** |

19
20
21
22
23
24
25
26
27
28

    Before the Court is Plaintiff Rafael Santana's request for permission to use the Court's electronic case filing system.  (Dkt. No. 9.)  Section 2(b) of the Electronic Case Filing Administrative Policies and Procedures Manual permits a pro se litigant to file electronically only if authorized by the Court.  Rafael states that he is familiar with PACER and ECF guidelines, possesses both the software and hardware to prepare and file electronic documents, and agrees to follow all rules and policies in the CM/ECF Administrative Polices and Procedures Manual.

    Good cause appearing, the Court GRANTS Rafael Santana's request for permission to use the Case Management/Electronic Case Filing (CM/ECF) system.

1

1  Plaintiff is ordered to attend CM/ECF classes with the Clerk's Office and is directed to

2  contact the Clerk's office at 619-557-5600 to arrange training.  In accordance with

3  section 2(b) of the Court's Electronic Case Filing Administrative Policies and Procedures

4  Manual, Defendant is instructed that she "must register as a user with the Clerk's Office

5  as a subscriber to PACER within five (5) days."

6       IT IS SO ORDERED.

7  Dated:  November 19, 2020

8
Hon. Gonzalo P. Curiel
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20cv1577-GPC(WVG)